**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2267**

———————

TYRONE HURT,

                    Plaintiff – Appellant,

          v.

UNITED STATES OF AMERICA; NARCOTICS AGENTS (1972),

                    Defendants - Appellees.

———————

**No. 15-2268**

———————

TYRONE HURT,

                    Plaintiff – Appellant,

          v.

THE CENTER OF THE WORLD,

                    Defendant - Appellee.

———————

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge. (5:15-cv-00411-BR; 5:15-cv-00431-BR)

———————

Submitted:  February 8, 2016          Decided:  February 22, 2016

———————

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————————

Tyrone Hurt, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's orders dismissing these civil actions under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the records and conclude that these appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. Hurt v. United States, No. 5:15-cv-00411-BR (E.D.N.C. Oct. 6, 2015); Hurt v. The Ctr. of the World, No. 5:15-cv-00431-BR (E.D.N.C. Oct. 5, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED